IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLES HOLT, *et al.*,

    Plaintiffs,

v.

FIDELITY NATIONAL INSURANCE CO., *et al.*,

    Defendants.

Case No. 3:14-cv-31

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #22); SUSTAINING DEFENDANTS' UNOPPOSED MOTION FOR SUMMARY JUDGMENT (DOC. #20); JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFFS; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by Chief United States Magistrate Judge Sharon L. Ovington, in her March 11, 2015, Report and Recommendations, Doc. #22, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although the parties were advised of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

    Given that the Court finds that there is no genuine dispute as to any material fact, and that Defendant is entitled to judgment as a matter of law, the Court

SUSTAINS Defendants' unopposed Motion for Summary Judgment, Doc. #20. Judgment shall be entered in favor of Defendants and against Plaintiffs.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: March 31, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WALTER H. RICE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE